LAW LIBRARY

NO. 29496

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

MICHAEL MAKANA HOE, Petitioner/Defendant-Appellant.

FILED

2010 AUG -4 AM IO: 51

JEAN I. KIKUMOTO
CLERK OF THE
SUPREME COURT
STATE OF HAWAI‘I

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 2P108-01809)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1], and Circuit
Judge Pollack, in place of Moon, C.J., recused,
dissenting, with whom Acoba, J., joins)

Petitioner/Defendant-Appellant Michael Makana Hoe's

application for writ of certiorari, filed on June 23, 2010, is

hereby rejected.

DATED:  Honolulu, Hawai‘i,  August 4, 2010.

FOR THE COURT:

James E. Duffy, Jr.

Associate Justice



Karen T. Nakasone,
Deputy Public Defender,
for petitioner/defendant-
appellant on the application

---

[1] Considered by:  Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald, JJ. and Circuit Judge Pollack, in place of Moon, C.J., recused.